**GT GreenbergTraurig**

Nilda M. Isidro
Tel 212.801.9200
Fax 212.801.6400
Nilda.Isidro@gtlaw.com

June 6, 2025

**VIA ECF**
Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Macioce v. Hisense USA Corp.*, No. 25-cv-01608 (PAE)

Dear Judge Engelmayer:

Plaintiff Robert Macioce and defendant Hisense USA Corporation (collectively, the "Parties"), by and through their undersigned counsel, respectfully request a one-week extension of time (from June 6, 2025 to June 13, 2025) for the Parties to submit their joint letter in response the Court's June 2, 2025 Memo Endorsement (ECF No. 26). The Parties have been working together in good faith, and have engaged in multiple meet-and confers this week. The Parties respectfully request this extension to continue their meet and confer efforts and finalize their joint letter, as well as to accommodate one of the attorneys who has experienced a death in the family this week. There have been no prior requests for extension of this deadline.

Respectfully submitted,

| | |
|---|---|
| **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC** | **GREENBERG TRAURIG, LLP** |
| By: *s/Adam A. Edwards* | By: *s/Nilda M. Isidro* |
| Mitchell M. Breit | Richard A. Edlin |
| 405 E. 50th Street | Glenn S. Kerner |
| New York, NY 10022 | Nilda M. Isidro |
| Tel: (630) 796-0903 | One Vanderbilt Avenue |
| mbreit@milberg.com | New York, NY 10017 |
| | (212) 801-9200 |
| Adam A. Edwards | edlinr@gtlaw.com |
| William A. Ladnier | glenn.kerner@gtlaw.com |
| Virginia Ann Whitener | nilda.isidro@gtlaw.com |
| **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC** | |
| 800 S. Gay Street, Suite 1100 | *Attorneys for Defendant Hisense USA Corporation* |
| Knoxville, TN 3 7929 | |

Honorable Paul A. Engelmayer
June 6, 2025
Page 2

Tel: (865) 247-0080
Fax: (865) 522-0049
aedwards@milberg.com
wladnier@milberg.com
gwhitener@milberg.com

Andrea R. Gold (*pro hac vice* forthcoming)
David A. McGee (*pro hac vice* forthcoming)
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Avenue NW, Suite 1010
Washington, DC 20006
Tel: (202) 973-9000
agold@tzlegal.com
dmcgee@tzlegal.com

*Counsel for Plaintiff Robert Macioce and the Proposed Class*

cc: All Counsel of Record (via ECF)

GRANTED.  The Court sends its condolences to counsel.
**SO ORDERED:**

*[signature: Paul A. Engelmayer]*

Honorable Paul A. Engelmayer
United States District Judge

June 6, 2025
New York, New York