UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT MACIOCE,

                           Plaintiff,

           -v-

HISENSE USA CORPORATION,

                          Defendants.

25 Civ. 1608 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    The Court having been advised by the parties that each is interested in and would benefit from targeted arbitration-related discovery, Dkt. 30, it is ORDERED that the above-entitled action is hereby stayed until after the completion of such discovery. The Court directs that, by 3 p.m. Friday, June 27, 2025, the parties shall (1) meet and confer regarding the limited discovery and, after having done so, (2) file a joint letter on the docket of this case, setting forth the discrete areas for discovery and a prompt period by which to accomplish it.

    Following discovery, the Court will then set an expedited briefing schedule for the motion to compel arbitration.

    SO ORDERED.

                                                          *Paul A. Engelmayer*
                                                          PAUL A. ENGELMAYER
                                                          United States District Judge

Dated: June 24, 2025
       New York, New York