UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT MACIOCE, *on behalf of himself and all others
similarly situated*,

                                        Plaintiff,

          -v-

HISENSE USA CORPORATION,

                                        Defendant.

25 Civ. 1608 (PAE)

ORDER

PAUL A. ENGELMAYER, United States District Judge:

On December 19, 2025, the Court issued an Opinion and Order, granting defendant's

motion to compel arbitration and staying the action pending the outcome of arbitration.  Dkt. 58.

On January 20, 2026, plaintiff filed a motion for certification for interlocutory appeal,

Dkt. 59, as to the Court's Opinion and Order, Dkt. 58.  Defendant is hereby ordered to file an

opposition by February 10, 2026.  Plaintiff shall file his reply, if any, by February 17, 2026.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: January 27, 2026
      New York, New York

1